UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HISAYO MURAKAMI, A 78-382-238 and<br>CHRISTOPHER KYRIAKIDES,<br><br>    Plaintiffs,<br><br>v.<br><br>ALBERTO GONZALES, as Attorney General of the<br>United States; MICHAEL CHERTOFF as the<br>Secretary of the Department of Homeland Security;<br>EDUARDO AGUIRRE, JR. as Director of United<br>States Citizenship and Immigration Services;<br>DENNIS RIORDAN as District Director of the<br>United States Citizenship and Immigration Services<br>in Boston, Massachusetts; UNITED STATES<br>DEPARTMENT OF HOMELAND SECURITY;<br>and UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br>05-10718 DPW |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs voluntarily dismiss the above-captioned action without prejudice.

1

Dated: June 13, 2005

                          Plaintiffs,
                          **HISAYO MURAKAMI, and**
                          **CHRISTOPHER KYRIAKIDES,**
                          By their attorney,

                          _/s/ Shiva Karimi_
                          Shiva Karimi, Esq.
                          **KARIMI & HOMSY, P.C.**
                          268 Summer Street
                          Boston, Massachusetts 02210-1108
                          Tel: (617) 292-3636
                          Fax: (617) 292-0019
                          BBO No. 642332

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the following individuals in the foregoing matter with one copy of the foregoing Plaintiff's NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) by First Class Mail, postage prepaid, as follows:

United States Attorney
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, Massachusetts 02210

U.S. Attorney General
Department of Homeland Security
950 Pennsylvania Avenue, N.W., Room 4545
Washington, DC 20530-0001

Office of District Counsel
Department of Homeland Security
JFK Federal Building, Room 425
15 New Sudbury Street
Boston, MA 02203

This 13th day of June, 2005.

Shiva Karimi, Esq.
**KARIMI & HOMSY, P.C.**
268 Summer Street
Boston, Massachusetts 02210-1108
617) 292-3636
Mass BBO No. 642332